**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| **MARY MILANO,** ) | |
| ) | |
| *Plaintiff,* ) | |
| **v.** ) | **Civ. No. 1:21-cv-02744-GLR** |
| ) | |
| **WORLD RELIEF CORPORATION OF THE** ) | |
| **NATIONAL ASSOCIATION OF EVANGELICALS,** ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

### JOINT RESPONSE TO COURT'S MEMORANDUM TO COUNSEL

Pursuant to the Court's Memorandum to Counsel dated January 27, 2022 (ECF No. 18), plaintiff Mary Milano ("Milano") and defendant World Relief Corporation of the National Association of Evangelicals ("World Relief"), through their respective counsel, jointly submit the following responses to the Court's inquiry regarding transfer to a United States Magistrate Judge ("USMJ") for all further proceedings.

At this time, Milano does not consent to transfer the case to a USMJ for any additional proceedings beyond what the court has already assigned to the Honorable USMJ David Copperthite. World Relief consents to transferring the case to a USMJ and remains amenable to same should Milano's position change.

The parties will continue to evaluate their respective positions for settlement purposes as discovery proceeds and will promptly notify the Court if settlement is reached.

Dated: February 1, 2022                     Respectfully submitted,

/s/ Anita Mazumdar Chambers
R. Scott Oswald, Esq.
Anita Mazumdar Chambers, Esq.
The Employment Law Group, P.C.
1717 K Street NW, Suite 1110
Washington, D.C. 20006-5345
(202) 261-2821 (telephone)
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
achambers@employmentlawgroup.com
*Counsel for Plaintiff*

 /s/  Lindsey A. White
Lindsey A. White
Courtney B. Amelung
Shawe Rosenthal LLP
One South Street, Suite 1800
Baltimore, MD 21202
(410) 843-3472
law@shawe.com
cba@shawe.com
*Attorneys for the Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2022, a true and correct copy of the foregoing

was filed using the CM/ECF system and served upon the following counsel for Defendant:

Lindsey A. White
Courtney B. Amelung
Shawe Rosenthal LLP
One South Street, Suite 1800
Baltimore, MD 21202
(410) 843-3472
law@shawe.com
cba@shawe.com
*Attorneys for the Defendant*

/s/ Anita Mazumdar Chambers
Anita Mazumdar Chambers, Esq.